UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV. NO. 3:07CV1604(AVC) |
| | ) | |
| HAI-KHOA DANG, | ) | |
| | ) | |
| Respondent. | ) | MARCH 27, 2008 |

NOTICE TO TERMINATE CONTEMPT PROCEEDING

This is a tax summons enforcement matter arising from the respondent Hai-Khoa Dang's failure to comply with an administrative tax summons served on him by an IRS Revenue Officer over one year ago, on March 15, 2007.  In this proceeding to enforce the tax summons, this Court entered an Enforcement Order and Judgment on October 30, 2007, directing the respondent, in part, to file his tax returns for the tax periods ending December 31, 2004, December 31, 2005, and December 31, 2006, on or before December 1, 2007.

Because Respondent failed to file the returns as ordered, by motion dated January 24, 2008, the Government sought to have the respondent held in contempt.  The contempt proceeding began on March 4, 2008, at which time the Court heard testimony and made a finding of civil contempt.  The proceeding was continued to 1:00 p.m. today, March 27, 2008, to impose a remedy and to give the respondent an opportunity to purge the contempt.

This morning, at approximately 11:00 a.m., Respondent's counsel delivered tax returns for the tax periods ending December 31, 2004, December 31, 2005, and December 31, 2006, to the offices of IRS Revenue Officer Thomas Handel.

Because Respondent delivered the outstanding tax returns to the IRS with sufficient notice to permit the Court and Government to cancel today's 1:00 p.m. proceeding, the Government hereby gives notice that it will terminate its efforts to have Respondent arrested or have any remedy imposed on Respondent for his civil contempt.

>                   Respectfully submitted,
>
>                   KEVIN J. O'CONNOR
>                   UNITED STATES ATTORNEY
>
>                   /s/ Carolyn A. Ikari
>                   CAROLYN A. IKARI
>                   ASSISTANT UNITED STATES ATTORNEY
>                   450 Main Street, Rm. 328
>                   Hartford, Connecticut  06103
>                   (860) 760-7953
>                   Fed. Bar No. ct13437
>                   Carolyn.Ikari@usdoj.gov
>
>                   SHANE EARLY
>                   LAW INTERN
>                   Office of the U.S. Attorney
>                   450 Main Street, Rm. 328
>                   Hartford, Connecticut  06103
>                   (860) 947-1101

## Certificate of Service

     I hereby certify that on March 27, 2008, the foregoing Notice To Terminate Contempt Proceeding was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                   /s/ Carolyn A. Ikari
                                   CAROLYN A. IKARI
                                   ASSISTANT UNITED STATES ATTORNEY